# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EMANUEL DELACRUZ, *on behalf of himself and all other persons similarly situated*,

                                Plaintiff,

-against-

CONVERSE INC.,

                                Defendant.

------------------------------------- x

ORDER

19 Civ. 10293 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 21 2020

GEORGE B. DANIELS, United States District Judge:

Defendant's request for an extension of time to respond to Plaintiff's complaint and for an adjournment of the initial conference, (ECF No. 8), is GRANTED. Defendant's response is due by February 24, 2020. The initial conference is adjourned from February 19, 2020 to March 4, 2020 at 9:30 am.

Dated: New York, New York
       January 21, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge