

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 7 2020

**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18ᵗʰ St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

February 27, 2020

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York                    FEB 2 7 2020
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED**

The oral argument is adjourned
from April 8, 2020 to May 5,
2020 at 10:30 a.m.

*George B. Daniel*

Re:     *Delacruz v. Converse Inc.,*          HON. GEORGE B. DANIELS
        Case No: 1:19-cv-10293

Dear Judge Daniels,

        The undersigned represents Emanuel Delacruz, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Converse Inc., ("Defendant"). The undersigned respectfully requests that Your Honor reschedule the Oral Arguments scheduled for April 8, 2020 at 9:45 A.M. to a date that is convenient for Your Honor and the Court after April 13, 2020. The reason for this request is I will be out-of-town the week of April 6-12 due to the Passover holiday. It is the only week in the year that I am able to spend time with my grandchildren because they are off from school due to the Passover/Easter recess. This is a family holiday which was planned a long time ago, and I purchased my airline tickets prior to the scheduling of the Oral Argument. The rescheduling will not prejudice any party or affect any other dates in this matter. I thank Your Honor for your consideration in this matter.

                                        Respectfully submitted,
                                        GOTTLIEB & ASSOCIATES

                                        *s/ Jeffrey M. Gottlieb, Esq.*
                                        Jeffrey M. Gottlieb, Esq.

cc: All counsel of record via ECF