**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

EMANUEL DELACRUZ, *on behalf of himself and all*
*other persons similarly situated,*

                                    :
                                    :
                                    :
                                    :
                                    :

                           Plaintiff,    :         ORDER

             -against-                   :         19 Civ. 10293 (GBD)

CONVERSE INC.,                           :

                           Defendant.    :

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Defendant's request for a stay of this action until August 4, 2020, (ECF No. 19), is

GRANTED. The oral argument scheduled for May 5, 2020 at 10:30 am is canceled. A status

conference is scheduled for August 5, 2020 at 9:45 am.


Dated: New York, New York
       March 4, 2020

                                    SO ORDERED.

                                    *George B. Daniel*
                                    _____
                                    GEORGE B. DANIELS
                                    United States District Judge